MOTION DISMISSED   RECEIVED IN
DATE: 4-10-15   COURT OF CRIMINAL APPEALS
BY: _____ (cp)   MAR 30 2015
   Abel Acosta, Clerk

81,781-01   PAGES

GROUND SIX: (6)
"THE EFFECTIVE ASSISTANCE OF APPELLANT —
COUNSEL". INSUFFICIEN COUNSEL
——. "MOTION TO DISMISS".   1-3-2011
   DATE:

FACTS SUPPORTING GROUND (6) SIX:
APPELLANT'S APPOINTED COUNSEL; ANGELA
CAROLSON D'AMORE STATE BAR NO. # 07838200, WAS
APPOINTED TO REPRESENT DEFENDANT/APPELLANT,
MILES DEAN FLEMING, ON AND ABOUT, MARCH —
25, 2009, AND HAS: MISSED IGNORED/NEGLECTED
AND OVERLOOKED, THE MOST "IMPORTANT" (ELEMENTS)
OR PRINCIPALS, BASE INGREDIENTS OF THE
"VIOLATIONS", OF THE APPELLANT'S CONSTITUTION-
AL RIGHTS, OF "ME BEING 100% AMERICAN" ..
COUNSEL; ANGELA G. DAMORE, "WROTE" A MILD
SUMMARY "STATEMENT. OF. FACTS (POINTS OF ERROR)
AND PRETENSES FOR "THE ORAL ARGUMENT"
THAT WAS HELD IN (DALLAS) CO.; IN THE COURT
OF APPEALS FIFTH (5TH) DISTRICT OF TEXAS —
AT DALLAS (JAN 05, 2011); CAUSE NO # 05-09-01319-CR
INDICTMENT: CAUSE NO # F09-00434-WM, AND
CHARGE: BAIL W 3RD, AS TRUE, THERE-OF, NOTE: 1
"I WAS" NOT BENCH WARRANTED "BACK" FOR THIS
HEARING" ARGUMENT; (1-05-2011) COURT DATE;.
NOTE: 2 THAT IS MY (RIGHT) AS AN APPELLANT WITH
"MY CASE ON APPEAL", TO BEING (SEEN); IF NOT —
(HEARD) IN A COURT OF LAW, (IN AMERICA), US.
NOTE: 3 THE KEY ELEMENTS OF (ESTABLISHMENT)
. FOR THE" FOUNDATION OF LEGAL FACTS" OF THE

APPELLANT'S BRIEF: (CONSIDERATION'S) BEFOR DURING, AND AFTER THE (TRIAL) IMPORTANT PRINCIPALS (LEGAL PRETENCES): POINTS OF ERROR — "STATEMENT OF THE CASE" (TRIAL), AND "SUMMARY OF THE ARGUMENT'S FACT" THAT (WHERE NOT MENTION) IN THE APPELLANT'S BRIEF / ORAL ARGUMENT.

1). THE DRESS CODE IN A COURT OF LAW (THERE-OF) — COULD'NT WEAR (HARLEY VEST), BECAUSE I WOUND'NT (REMOVE WINGS) COULD'NT WEAR (HARLEY BOOTS) STEEL TOED MAD ME WEAR (FLIP-FLOPS) — MADE ME WEAR A-50,000 VOLT ELECTROMOTIVE BELT

2). JURY VERDICT DEADTIME BLACKMORE (NOT GUILTY) PRESSURED

3). JUROR (e-mailing) DURING TRIAL; CALLING ME (A-SKIN-HEAD)

4). CHANGE-OF-VENUE MOTION / HEARING; CONFLICT OF INTEREST

5). THE CONVICTION; DEADLY WEAPON FINDING?

6). STATES WITNESS (STATEMENT) 3-24-09 — INTEREST POLICE

NOTE: THIS (MOTION TO DISMISS) WAS SENT TO: NEW-ORLE AND LOUISIANA" U.S. COURT OF APPEALS (FIFTH CIRCUIT)" THEIR "STAMPED" DATE: (JAN 03, 2011) BECAUSE OF A (NON-RESPONSE) FROM DALLAS COURT SYSTEM, OR ANGELA DAMARE

NOTE: THEIR (STAMP), TWO (2) DAYS BEFOR SURE CAUSE: ARRAIGNMENT MS. DAMARE WOULD NOT WORK WITH ME (RESPOND TO ANY MY LETTERS), SET UP A (LEGAL PHONE CALL) (LEGAL VISIT) OR (BENCH WARRANT FOR), APPEAL (CHANGE OF VENUE) LIFT (AN APPEAL BOND SET), PLUSS, IN ADDITION ONE HELL OF A "CONFLICT OF INTEREST" WITH THE POLICE (PIGS) WITH-IN THE DALLAS CO. COURT SYSTEM, ONE IS AN EXPERT" IN COVERING-FOR THE STATE (X-D.A.) FOR THE STATE OF TEXAS, 9-YEARS — ?

VS. MYLES DEAN FLEMING